## (June 9, 1942.)

In the Matter of the Petition of WALTER D. FLETCHER and J. P. MORGAN & Co., INCORPORATED, to Prove the Last Will and Testament of ANNA H. PATON, Deceased. EDITH COLLINGS SITER, Ancillary Executrix, etc., of E. HOLLINGSWORTH SITER, Deceased, Appellant; WALTER D. FLETCHER and J. P. MORGAN & Co., INCORPORATED, Proponents; J. P. MORGAN & Co., INCORPORATED, and ARTHUR D. BRENNAN, as Temporary Administrators, etc., of ANNA H. PATON, Deceased, and Others, Respondents.— Proceedings on objections to the probate of a will. Order of the Surrogate's Court, Westchester County, denying appellant's application to enlarge the scope of the examination before trial heretofore ordered, affirmed, with ten dollars costs and disbursements to each respondent or group of respondents filing a brief. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

## (June 15, 1942.)

AMERICAN SURETY COMPANY OF NEW YORK, Appellant, v. UNITED LOAN INDUSTRIAL BANK, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

JOHN BOSTKO, Respondent, v. THE METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.